UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRUEBLUE INC., a Washington corporation,

        Plaintiff-Appellant,

v.

MARIO ALVAREZ, a Massachusetts resident,

        Defendant-Appellee.

No. 18-35561

D.C. No. 3:18-cv-05200-RBL
Western District of Washington, Tacoma

ORDER

The appellant's motion (Docket Entry No. 5) for voluntary dismissal of this case is granted. This case is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 10/15/2018/Pro Mo